# AFFIDAVIT OF SERVICE
# OF
# SUMMONS IN A CIVIL ACTION

**STATE OF NEW YORK:** Bureau: Federal Initiatives

**COUNTY OF NEW YORK:**

I, Detective Jordan Harrington, being duly sworn, deposes and says:

That on 06/24/2026 at 455 Broadway

City of Albany State of New York, deponent served the above

on United States Department of Justice, et al. at 03:25 PM hours by:

1. **INDIVIDUAL**

☐ (a) Delivering a true copy thereof to personally. Deponent knew the person so served to be the person described in said document(s).

☐ (b) Delivering a true copy to a person of suitable age and discretion, at person's actual place of business, dwelling place, or usual place of residence.

Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of residence at and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

☐ (c) Affixing a true copy to the door of person's actual place of business, dwelling place, or usual place of residence. Deponent was unable, with due diligence, to find the person named therein or a person of suitable age and discretion, having called there:

On at hours
On at hours
On at hours

Deponent also enclosed a copy of same in a postpaid, sealed wrapper properly addressed to person's last known business, dwelling place or place of residence at and deposited said wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service.

2. **CORPORATION:**

☑ Serving the above on United States Department of Justice Corporation, personally, who deponent knows to be the said corporation, by delivering a true copy thereof with Tanya Johnson (Budget Technician) an officer of said corporation or other agent authorized to receive service for said corporation.

**DESCRIPTION:** Deponent describes the individual served as follows:

Sex: Female Hair: Black
Skin: Black Approx. Age: 40
Approx. Ht.: 5'5" Approx Wt.: 140

Signature

Sworn to before me this 24th day of June, 2026

Notary Public

DANIEL JAMES SWIFT
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SW0039784
Qualified in Saratoga County
My Commission Expires 07-25-2029

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

State of New York

*Plaintiff(s)*

v.

United States Department of Justice, et al.

*Defendant(s)*

Civil Action No. 1:26-cv-1281 (MAD/ML)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen C. Thompson
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 06/23/2026

s/ Olivia Amoia

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1281 (MAD/ML)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| State of New York<br>*Plaintiff(s)*<br>v.<br>United States Department of Justice, et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-1281 (MAD/ML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Acting Attorney General Todd Blanche
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen C. Thompson
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 06/23/2026

s/ Olivia Amoia
*Signature of Clerk or Deputy Clerk*

Case 1:26-cv-01281-MAD-ML Document 2-1 Filed 06/23/26 Page 2 of 2



Civil Action No. 1:26-cv-1281 (MAD/ML)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________

*Server's signature*

______________________

*Printed name and title*

______________________

*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

State of New York

*Plaintiff(s)*

v.

United States Department of Justice, et al.

*Defendant(s)*

Civil Action No. 1:26-cv-1281 (MAD/ML)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Department of Homeland Security
Office of the General Counsel
MS 0485
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen C. Thompson
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John Domurad
Clerk of Court

Date: 06/23/2026

s/ Olivia Amoia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1281 (MAD/ML)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

State of New York

*Plaintiff(s)*

v.

United States Department of Justice, et al.

*Defendant(s)*

Civil Action No. 1:26-cv-1281 (MAD/ML)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Secretary Markwayne Mullin
United States Department of Homeland Security
Office of the Executive Secretary
MS 0525
2707 Martin Luther King Jr Ave SE
Washington, DC 20528-0525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen C. Thompson
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 06/23/2026

s/ Olivia Amoia

*Signature of Clerk or Deputy Clerk*

Case 1:26-cv-01281-MAD-ML Document 2-3 Filed 06/23/26 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1281 (MAD/ML)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

Print | Save As... | Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| State of New York<br>*Plaintiff(s)*<br>v.<br>United States Department of Justice, et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-1281 (MAD/ML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street, SW, Mailstop 5900
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen C. Thompson
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 06/23/2026

s/ Olivia Amoia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1281 (MAD/ML)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

State of New York

*Plaintiff(s)*

v.

United States Department of Justice, et al.

*Defendant(s)*

Civil Action No. 1:26-cv-1281 (MAD/ML)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Acting Director David J. Venturella
U.S. Immigration and Customs Enforcement
C/O Office of the Principal Legal Advisor
500 12th Street, SW, Mailstop 5900
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen C. Thompson
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 06/23/2026

s/ Olivia Amoia

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1281 (MAD/ML)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| State of New York<br><br>*Plaintiff(s)*<br>v.<br>United States Department of Justice, et al.<br><br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-1281 (MAD/ML) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen C. Thompson
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 06/23/2026

s/ Olivia Amoia
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-1281 (MAD/ML)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

State of New York

*Plaintiff(s)*

v.

United States Department of Justice, et al.

*Defendant(s)*

Civil Action No. 1:26-cv-1281 (MAD/ML)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* United States Attorney's Office
100 South Clinton Street
P.O. Box 7198
Syracuse, New York 12361-7198

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Stephen C. Thompson
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John Domurad
Clerk of Court

Date: 06/23/2026

s/ Olivia Amoia
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-1281 (MAD/ML)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ____________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________, a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
______________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________ ______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

Print Save As... Reset

Case 1:26-cv-01281-MAD-ML Document Filed 06/24/26 Page 18 of 30

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK,

*Plaintiff,*

v.

THE U.S. DEPARTMENT OF JUSTICE, TODD BLANCHE, *in his official capacity as Acting Attorney General of the Department of Justice*, THE U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID J. VENTURELLA, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*;

*Defendants.*

C.A. No. 1:26-cv-1281 (MAD/ML)

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

## INTRODUCTION

1. On May 27, 2026, the New York State Legislature passed a set of legislation amending New York law, designed to "protect the rights of New Yorkers with respect to civil immigration enforcement by the federal government." SB 9005-C (the "Act").

2. The Act addresses the role of state and local entities in New York state with respect to federal civil immigration enforcement, in light of enormous overreach by Defendants in their efforts to target immigrant communities.

3. Among the Act's provisions is a prohibition on law enforcement officers from wearing masks or other face coverings, and a prohibition on local law enforcement entering into or remaining in agreements to cooperate with federal immigration enforcement activities under section 287(g) of the Immigration and Nationality Act (INA), codified at 8 U.S.C. § 1357(g) ("287(g) agreements").

4. Repeatedly, we have seen masked agents overrun cities in this country at the direction of the current federal administration. Just last October, masked agents engaged in a high profile and sudden operation on Canal Street that terrified New York City residents.[1]

5. Some masked officers have committed grave, violent acts against protesters and immigrants, including homicides and assaults so brutal that they have caused permanent harm. When agents commit such atrocities while wearing masks, it is more difficult to identify and investigate them, and ultimately to hold them accountable if warranted.

6. INA 287(g) agreements involve local law enforcement in the tactics of immigration agents, diverting public safety resources and harming trust in local law enforcement.

[1] "Chaos on Canal Street," Video Report on ABC 7 (Oct. 22, 2025), https://abc7ny.com/post/federal-agents-conducting-enforcement-illegal-vending-canal-street-nyc/18052570/.

7. Given Defendants' arguments in other challenges to laws like the Act, it is clear that they believe the Act is an unconstitutional violation of the Supremacy Clause. But the State of New York has every right as a sovereign state to require law enforcement officers acting within the State's jurisdiction to be identifiable, and to choose not to use the State's limited law enforcement resources to assist in federal immigration enforcement.

8. Now, despite New York's sovereign right to codify these choices legislatively, the federal government has threatened New York with legal consequences. Further, on June 9, 2026, Tom Homan, who has been designated as "border czar" within the Defendant Department of Homeland Security, promised to send a surge of ICE officers if New York enacted the Act.[2]

9. The State is thus facing a significant and impending threat to its sovereign interests and public safety generally in New York. *See New York v. U.S. Dep't of Commerce*, 315 F. Supp. 3d 766, 782 (S.D.N.Y. 2018) (quoting *Susan B. Anthony List v. Driehaus*, 573 U.S. 149, 157 (2014) and *Clapper*, 568 U.S. at 409, 414 n.5 (2013)).

10. This lawsuit seeks a declaration that the Act is lawful.

## JURISDICTION AND VENUE

11. This Court has federal question jurisdiction under 28 U.S.C. § 1331. The Court also has authority to award declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2201–2202.

12. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 2201(a).

13. An actual controversy exists between the parties within the meaning of 28 U.S.C. § 2201(a).

---

[2] Trump border czar says more ICE agents may be sent to NYC: 'It's coming', NBC News, (June 6, 2026) https://www.nbcnewyork.com/news/local/trump-border-czar-threatens-to-send-more-ice-agents-to-nyc-its-coming/6510787/.

14. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2) and (e)(1). Defendants include United States agencies and officers sued in their official capacities. Plaintiff the State of New York is a sovereign state, and a substantial part of the acts or omissions giving rise to this Complaint occurred and are continuing to occur in this District.

**PARTIES**

15. Plaintiff the State of New York, represented by and through its Attorney General Letitia James, is a sovereign State of the United States of America. As the State's chief legal officer, the Attorney General is authorized to pursue this action.

16. Defendant the U.S. Department of Justice is an agency within the Executive Branch of the United States Government.

17. Defendant Todd Blanche is the Acting Attorney General of the Department of Justice. He is sued in his official capacity.

18. The U.S. Department of Homeland Security (DHS) is an agency within the Executive Branch of the U.S. Government.

19. Defendant Markwayne Mullin is the Secretary of Homeland Security. He is sued in his official capacity.

20. Defendant U.S. Immigration and Customs Enforcement (ICE) is an agency within the Department of Homeland Security.

21. Defendant David J. Venturella is the Acting Director of ICE. He is sued in his official capacity.

## FACTUAL ALLEGATIONS

### I. The Act and Defendants' Threats.

22. The New York State legislature passed the Act, which was signed into law on May 27, 2026.

23. The Act is a lawful exercise of New York's sovereign authority to promote public safety and keep its residents safe, as well as to prevent its subdivisions from expending limited resources in a manner inconsistent with State priorities.

24. The Law Enforcement Face Coverings law is one provision included in the Act. *See* Article 10, §§ 100 and 101. This provision prohibits law enforcement officers, defined as police officers, peace officers and federal law enforcement officers, from wearing a face covering that conceals, disguises or obscures their facial identity while interacting with the public in performance of their duties, except in limited circumstances. *Id.* § 101 (1).

25. The law also requires law enforcement officers to identify themselves while interacting with the public in the performance of their duties, by visibly displaying their department and at least one form of identification for the officer, such as the officer's name, badge number or shield number. *Id.* § 102.

26. The law contains exceptions for officers engaged in sensitive types of investigative activities, such as where disclosing the officer's identity could pose a security risk, or where law enforcement officers are rendering emergency aid. *Id.*

27. The Local Cops, Local Crimes law is another provision included in the Act. *See* N.Y. Exec Law, Section 170-k.

28. This provision prohibits localities and local law enforcement agencies from entering into agreements pursuant to section 287(g) of the INA, as codified at 8 U.S.C. § 1357(g),

or other agreements to detain individuals for federal immigration violations. *Id.* § 170-k (2)(a)(i)-(ii).

29. It also prohibits localities from providing any financial incentive to defray the costs related to the sale, purchase, construction, development, ownership, management, or operation of an immigration detention facility, and imposes public engagement requirements on localities before they approve a zoning variance, permit, or certificate of instruction to be used for an immigration detention facility. *Id.* 170-k (3)-(4).

30. Neither provision discriminates against federal officials or otherwise impairs their ability to lawfully engage in civil immigration enforcement.

31. Neither provision is facially unconstitutional such that it would be unconstitutional in all possible applications.

32. While the Act was before the legislature, Defendants made several statements criticizing several provisions of the Act, including the Law Enforcement Face Coverings law and Local Cops, Local Crimes law.[3] And there are local government officials who also appear intent on opposing the law.

33. Two days after the Act's passage, Defendant DHS issued a statement vowing noncompliance with the Act: "State and local sanctuary politicians attempting to ban our federal law enforcement from wearing masks is despicable and a flagrant attempt to endanger our officers.

---

[3] *See, e.g.*, THE DAILY SIGNAL, *Trump's Border Czar Has a Smart Surprise for Sanctuary Cities Trying to Hide Criminals*, May 15, 2026 (starting at 3:30), https://www.youtube.com/watch?v=S18-vR2DS98&t=22s; FORBES BREAKING NEWS, *Tom Homan Responds To Kathy Hochul Imposing Restrictions On ICE Agents Operating In New York,* May 8, 2026, https://www.youtube.com/watch?v=KEa9I3axfEk.

To be crystal clear: we will not abide by unconstitutional bans. The Supremacy Clause makes it clear that state and local sanctuary politicians do not control federal law enforcement."[4]

34. Defendants have refused to comply with similar laws in other states. In Connecticut, for example, masked ICE officers have been recorded wearing facial coverings in their interactions with the public and taunting protestors who remind them of the state law.[5]

35. On June 18, 2026, Defendants, through their counsel, notified the State of New York that they intended to file a lawsuit challenging the legality of various provisions in the Act.

36. They have now filed a suit seeking injunctive relief. *See United States v. Russo*, No. 26-cv-01283 (W.D.N.Y. June 22, 2026).

37. To date, Defendants have sued Virginia, Connecticut, California, and the City of Philadelphia to challenge laws that similarly prohibit law enforcement officers from wearing face coverings.

38. Earlier in June, Border Czar Homan threatened to send a surge of ICE officers if the Act were signed into law.

**II. The State of New York Faces Harm.**

39. The Act is lawful and not a violation of the Supremacy Clause. It is also an essential measure the State has put into place to advance critical sovereign interests. If Defendants are successful in their attempts to stop the law from taking effect—or even if they are not successful,

---

[4] Marcia Kramer, Gov. Kathy Hochul signs new laws aiming to protect New Yorkers from ICE overreach, *CBS New York*, May 29, 2026, https://www.msn.com/en-us/news/us/gov-kathy-hochul-signs-new-laws-aiming-to-protect-new-yorkers-from-ice-overreach/ar-AA24nU2q?ocid=BingNewsSerp.

[5] Emilia Otte, *ICE officers appear to be wearing masks while operating in CT*, Connecticut Mirror, https://ctmirror.org/2026/05/22/ice-officers-masks-ct-illegal/.

and simply refuse to comply with New York law—New York will be harmed in multiple ways that will cause injury to the State.

40. The Tenth Amendment provides that "[t]he powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people." U.S. Const. amend. X.

41. Underlying these firmly recognized rights is the principle that the federal government generally may not encroach on a State's power, "sometimes termed its police power, to prescribe regulations to promote the health, peace, morals, education, and good order of the people, and to legislate so as to increase the industries of the state, develop its resources, and add to its wealth and prosperity." *Barbier v. Connolly*, 113 U.S. 27, 31 (1884).

42. Securing and ensuring public safety within a state's borders has long been understood as within the province of state sovereignty. *See, e.g.*, *Home Bldg. & Loan Ass'n v. Blaisdell*, 290 U.S. 398, 436 (1934). Accordingly, New York's sovereign interests include the power to pass legislation to protect public safety.

43. The Act is precisely such legislation—including through the Law Enforcement Face Coverings and Local Cops, Local Crimes provisions.

44. The Act's provision against law enforcement officers' use of face coverings supports public safety in the State in multiple ways. As one example, the provision promotes accountability of law enforcement officers to the public when law enforcement violates rights or unlawfully commits violence against residents.[6]

---

[6] Ernesto Londoño and Mitch Smith, "ICE Agent Charged in Shooting of a Venezuelan Immigrant in Minnesota," *The New York Times* (May 18, 2026), https://www.nytimes.com/2026/05/18/us/ice-agent-charges-venezuelan-immigrant.html?unlocked_article_code=1.sFA.ao5x.YURBbPF-ugGv&smid=url-share.

45. New York enjoys a sovereign interest in promoting transparency, and in ensuring that its residents (and all people within its borders) are able to identify law enforcement officials with whom they interact and, when relevant, are able to pursue actions against unlawful acts—including, and perhaps especially, any unlawful acts that may be perpetrated by uniformed officers.

46. Additionally, New York has a sovereign interest in ensuring that the State's resources, including those of its subdivisions, are directed in a manner that is consistent with the priorities of the State.

47. The Local Cops, Local Crimes provision of the Act, which disallows local law enforcement agencies from entering into agreements with Defendants pursuant to section 287(g) of the INA, is a legal exercise of the State's prerogative to preserve and direct its resources in a manner that reflects the policies of the State.

48. Defendants' attempt to frustrate the State's ability to exercise that prerogative trespasses the State's sovereign interest in legislating within its authority.

49. Ultimately, New York requires that the Court step in to declare the Act lawful, stopping Defendants from refusing to comply with the law and punishing New York because of the Act.

**CLAIM FOR RELIEF**

**Violation of the Tenth Amendment**
**(Against All Defendants)**

50. Plaintiff incorporates by reference the allegations contained in the preceding paragraphs.

51. The Tenth Amendment provides that "[t]he powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people." *See Printz v. United States*, 521 U.S. 898, 935 (1997).

52. The Constitution delegated to the federal government "few and defined" powers, while "[t]he powers reserved to the several States . . . extend[ed] to all the objects which, in the ordinary course of affairs, concern the lives, liberties, and properties of the people, and the internal order, improvement, and prosperity of the State." *Gregory v. Ashcroft*, 501 U.S. 452, 458 (1991) (quoting The Federalist No. 45, pp. 292–293 (C. Rossiter ed. 1961)).

53. As set forth above, Defendants have threatened to prevent the enforcement of the lawfully enacted Act, which was created to advance New York's sovereign prerogatives, including the protection of public safety and health within the State's borders. New York also has a sovereign interest in regulating its own citizens consistent with its policy preferences. *Reno v. Condon*, 528 U.S. 141, 151 (2000); *United States v. California*, 921 F.3d 865, 890-91 (9th Cir. 2019).

54. Defendants' conduct causes ongoing harm to Plaintiff and its residents.

55. Declaratory relief setting out that the Act is lawful will clarify the rights and obligations of the parties and is therefore appropriate under 28 U.S.C. § 2201 to resolve this controversy.

## PRAYER FOR RELIEF

Wherefore, Plaintiffs respectfully request that this Court:

56. Declare that the Act is a lawful exercise of New York's sovereign authority.

57. Award Plaintiffs their reasonable fees, costs, and expenses, including attorneys' fees; and,

58. Grant such other and further relief as the Court deems just and proper.

Case 1:26-cv-01281-MAD-ML Document 1 Filed 06/24/26 Page 28 of 30

DATED: June 22, 2026
New York, NY

Respectfully submitted,

**LETITIA JAMES**
Attorney General of New York

*/s/ Stephen Thompson*
RABIA MUQADDAM*
*Chief Counsel for Federal Initiatives*
STEPHEN C. THOMPSON, Bar No. 702100
NATASHA KORGAONKAR*
MORENIKE FAJANA*
*Special Counsel*
28 Liberty Street
New York, NY 10005
212-416-8883
Rabia.Muqaddam@ag.ny.gov
Natasha.Korgaonkar@ag.ny.gov
Morenike.Fajana@ag.ny.gov

*Counsel for Plaintiff State of New York*

**Motion for admission pro hac vice forthcoming*

Case 1:26-cv-01281-MAD-ML Document 1-1 Filed 06/22/26 Page 1 of 2

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

State of New York

**(b)** County of Residence of First Listed Plaintiff Albany County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Office of the New York State Attorney General
28 Liberty Street, New York, NY 10005. (212)416-8883

## DEFENDANTS

U.S. Department of Justice, et al.

County of Residence of First Listed Defendant Washington, D.C.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
10th Amendment of the US Constitution

Brief description of cause:
Violation of sovereignty guaranteed by 10th Amendment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE (1) J. D'Agostino (2) J. Nardacci DOCKET NUMBER (1) 25-cv-00744 (2) 25-cv-00205

DATE
June 22, 2026

SIGNATURE OF ATTORNEY OF RECORD
/s/ Stephen Thompson

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT $405 APPLYING IFP JUDGE MAD MAG. JUDGE ML

ANYNDC-7652898

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III. Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V. Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statute.

**VI. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.