

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*          *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0386*
*Albany, New York 12207-2924*

August 7, 2026

Hon. Miroslav Lovric
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

>    **Re:   *State of New York v. The U.S. Department of Justice, et al.***
>    **Civil Action No. 1:26-cv-1281 (MAD/ML)**

Dear Judge Lovric:

This office represents the Defendants in the above-captioned matter. I write to respectfully request, on consent, a 45-day extension, until October 8, 2026, of Defendants' time to answer or otherwise respond to Plaintiff's Complaint. This is Defendants' first request for an extension of this deadline. If the Court grants the Defendants' request, we also respectfully request that the Rule 16 Conference and Rule 26 Disclosure deadlines be reset to a date after such time as Defendants' Answer is due.

The additional time is needed to coordinate with the defendant agencies, and as the result of staffing issues and multiple competing deadlines. I have consulted with Plaintiff's counsel, who consents to this request.

Thank you for your consideration of this request.

Respectfully Submitted,

TODD BLANCHE
Acting Attorney General

JOHN A SARCONE III
First Assistant United States Attorney

By:    _____
Karen Folster Lesperance
Assistant United States Attorney
Bar Roll No. 514108

cc:    The State of New York (via ECF)