**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NEW YORK,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DEPARTMENT OF JUSTICE, *et al.*,**<br><br>**Defendants.** | **No. 1:26-cv-01281-MAD-ML** |

**STIPULATION AND ORDER HOLDING PROCEEDINGS IN ABEYANCE**

The undersigned stipulate and agree as follows, subject to the approval of the Court:

1. This action is related to *United States v. New York*, No. 1:26-cv-01360-MAD-ML (N.D.N.Y.) (No. 01360).

2. All proceedings in this action shall be held in abeyance while No. 01360 proceeds.

3. The parties will submit a joint status report within 30 days of the resolution of No. 01360 advising of the need, if any, for further proceedings in this action.

Dated: September 16, 2026

LETITIA JAMES
Attorney General of New York

s/ *Morenike Fajana*
RABIA MUQADDAM
*Chief Counsel for Federal Initiatives*
STEPHEN C. THOMPSON, Bar No. 702100
NATASHA KORGAONKAR
MORENIKE FAJANA
*Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 416-8883
Rabia.Muqaddam@ag.ny.gov
Stephen.Thompson@ag.ny.gov
Natasha.Korgaonkar@ag.ny.gov
Morenike.Fajana@ag.ny.gov

Counsel for Plaintiff

Dated: September 16, 2026

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director

s/ *David M. Glass*
DAVID M. GLASS, DC Bar No. 544549
Senior Trial Counsel
Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, N.W., Room 12020
Washington, DC 20530
Tel: (202) 514-4469
Email: david.glass@usdoj.gov
Attorneys for Defendants

APPROVED AND SO ORDERED.

Dated:__________________________

____________________________________
U.S. DISTRICT JUDGE